Prob 12
(Rev. 3/88)



# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Paul Wesley Alexander                    Docket No. 97-00103-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Paul Wesley Alexander, who was placed on supervision by the Honorable Donetta W. Ambrose sitting in the Court at Pittsburgh, Pennsylvania, on the 7th day of January 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Pay a $100 special assessment.
- Participate in a drug treatment program as recommended.

<u>05-01-98</u>: Conspiracy to Distribute and Possess With the Intent to Distribute in Excess of 500 Grams of Cocaine; 151 months' imprisonment followed by a 5-year supervised release term.

<u>01-07-00</u>: Resentence, Chief Judge Ambrose; Imprisonment 57 months, supervised release 5 years. All other aspects of original sentence remain the same.

<u>04-17-01</u>: Released to supervision; Currently supervised by U.S. Probation Officer Donald A. Covington.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the supervised releasee has charges pending in the Allegheny County Court of Commons Pleas at CC No. 200508384 and CC No. 200508382. The charges include Possession With the Intent to Deliver a Controlled Substance, Person Not to Possess or Use a Firearm, Possession of a Controlled Substance, Possession of Drug Paraphernalia, and Criminal Conspiracy. These charges stem from incidents that occurred during the period of supervised release. Therefore, a conviction would be a violation of supervised release.

PRAYING THAT THE COURT WILL ORDER that a summons to appear for a show cause hearing be issued and held in abeyance until the pending charges are resolved.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 6, 2006

ORDER OF COURT

Considered and ordered this _13th_ day of _Jan_, 20 _06_ and ordered filed and made a part of the records in the above case.

_/s/ Donetta W. Ambrose_
Chief U.S. District Judge

_/s/ Donald A. Covington_
Donald A. Covington
U.S. Probation Officer

_/s/ Roselyn Gerson_
Roselyn Gerson
Supervising U.S. Probation Officer

Place:    Pittsburgh, PA